# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL 17 - BOSTON, and SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION,<br><br>Defendants. | C.A. NO.:  05 10694 JLT |

## DEFENDANT
## SHEET METAL WORKERS INTERNATIONAL ASSN.'S
## MOTION TO DISMISS

Defendant Sheet Metal Workers' International Association, AFL-CIO, hereby moves this Court under Fed.R.Civ.P. 12(b), 12(b)(1) and 43(e) for an order dismissing this action because of plaintiff M.R.S. Enterprises, Inc.'s failure to exhaust the contractual grievance-arbitration procedure.  This Motion is based on the Affidavits of Patrick J. Riley, Joseph J. Nigro, and Richard L. McClees and all exhibits attached thereto, the accompanying Memorandum, and all other papers and pleadings in this action.

WHEREFORE, Defendant Sheet Metal Workers International Association, AFL-CIO, respectfully moves for dismissal of the Complaint.

Respectfully submitted,

Dated: June 9, 2005
DAVIS, COWELL & BOWE, LLP


By:   /s/   Michael Anderson
    Michael T. Anderson
    BBO #645533

8 Beacon Street, 4th Floor
Boston, MA 02108
Tel: (617) 227-5720
Fax: (617) 227-5767

Attorneys for Defendant Sheet Metal
Workers International Ass'n, AFL-CIO


**CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)**

I, Michael T. Anderson, hereby certify that on June 2, 2005, Paul F. Kelly (counsel for co-Defendant Sheet Metal Workers Local 17) and I jointly called James F. Grosso, counsel for Plaintiff M.R.S. Enterprises, Inc.  We notified Mr. Grosso that we intended to file Motions to Dismiss and we conferred in good faith in an effort to resolve or narrow the issue pursuant to Local Rule 7.1(a)(2).


   /s/ Michael Anderson
   Michael T. Anderson
   BBO # 645533

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>    Defendants. | C.A. NO.:  05 10694 JLT |

[Proposed] ORDER GRANTING DEFENDANT
SHEET METAL WORKERS INTERNATIONAL ASSN.'S
MOTION TO DISMISS

FOR GOOD CAUSE SHOWN, the Court having reviewed Defendant Sheet Metal Workers' International Association AFL-CIO's Motion to Dismiss under Fed.R.Civ.P. 12(b), 12(b)(1) and 43(e), hereby grants the Motion and dismisses the above-captioned Complaint for failure to exhaust the grievance procedure in Article X of the National Siding and Decking Agreement.

IT IS SO ORDERED.

Dated: _____       _____
                                                       U.S. DISTRICT JUDGE