UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>Defendants. | C.A. NO.:  05 10694 JLT |

**AFFIDAVIT OF RICHARD L. McCLEES IN SUPPORT OF
DEFENDANT SHEET METAL WORKERS' INTERNATIONAL ASSN.'S
MOTION TO DISMISS**

I, Richard L. McClees, being first duly sworn, depose and say under penalty of perjury as follows:

1. I am Chief International Representative for the Sheet Metal Workers' International Association, AFL-CIO and Director of the Jurisdiction Department. My offices are in Washington, D.C. The facts described in this affidavit are personally known to me. If called as a witness, I could and would competently testify to the contents of this affidavit.

2. Since early 2004, Sheet Metal Workers Locals 38, 40 and 63 in New York,

1

Connecticut and Western Massachusetts have maintained grievances against M.R.S. Enterprises for breaching its labor agreements by using other trades to perform Sheet Metal Workers work. These grievances do not involve the Logan Airport project in Boston. Nor do they involve Sheet Metal Workers Local 17 in Boston.

3. On September 23, 2004, a grievance panel hearing was conducted on grievances filed by Sheet Metal Workers Local 38 and 63. The panel deadlocked, and the Unions filed an appeal to the Siding and Decking Arbitration Board under Article X, Step 3. However, Locals 38 and 63 later decided to hold their Step 3 appeals in abeyance temporarily to permit settlement discussions.

4. In mid-March 2005, Joseph Nigro asked me to contact Roland Levesque of M.R.S. Enterprises to determine the current status of the Local 38 and 63 grievances against M.R.S. Enterprises. I spoke to Roland Levesque of M.R.S. Enterprises by phone on or about March 22. I told Mr. Levesque that we needed to resolve the Local 38 and 63 grievances. He responded that Joseph Nigro's March 2, 2005 letter did not satisfactorily answer M.R.S. Enterprises concerns about the Logan project. I told Mr. Levesque that I was calling only about the Local 38 and 63 grievances, which were separate from M.R.S. Enterprises' concerns raised in Mr. Nigro's letter. Mr. Levesque and I did not discuss M.R.S. Enterprises' grievance against the International Union. Neither Mr. Levesque nor I said anything about moving M.R.S. Enterprises' grievance to Step 2 or to arbitration.

5. On May 12, 2005, I asked Anthony Asher of the National Association of

2

Siding and Decking Contractors to confirm whether M.R.S. Enterprises had brought any grievances against the International Union to the National Siding and Decking Committee. On May 20, 2005, Mr. Asher responded. A true and correct copy of Mr. Asher's May 20, 2005 letter to me is attached as Exhibit A hereto.

6. To my knowledge, the Sheet Metal Workers' International Association's Jurisdiction Department has never received a copy of any Step 2 appeal to the Siding and Decking Grievance Panel by M.R.S. Enterprises raising its November 22, 2004 grievance, as provided under the National Siding and Decking Agreement, Article X, Section 2.

7. To my knowledge, the Sheet Metal Workers' International Association has never repudiated the grievance-arbitration procedure of the 2000-2005 National Siding and Decking Agreement, Article X, as to any grievance filed against it by M.R.S. Enterprises.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2005

Richard L. McClees

DISTRICT OF COLUMBIA            ) ss

On ____June 7____, 2005, before me, Marilyn A. Costa, a Notary Public, personally appeared: personally known to me (or proved to me on the basis of satisfactory evidence) to be the

person(s) whose name(s) are subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacities, and that by his/her signatures on the instrument the person(s) or the entity by their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

    WITNESS by hand and official seal.

Signature: _Marilyn A. Costa_
          Notary Public

[Seal: MARILYN A. COSTA, Commission # 1514063, Notary Public - California, San Diego County, My Comm. Expires Sep 17, 2008]

My Commission expires on _Sept. 17, 2008_

# EXHIBIT A

Case 1:05-cv-10694-JLT   Document 6   Filed 06/10/2005   Page 5 of 6

**NASDC**

NATIONAL ASSOCIATION OF SIDING AND DECKING CONTRACTORS

1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075
Telephone: (248) 746-2818
Facsimile: (248) 746-2760

May 20, 2005

Richard L. McClees
Chief International Representative
Sheet Metal Workers' International Association
Jurisdictional Department
1750 New York Avenue, N.W.
Washington, D.C. 20006

    Re:    MRS Enterprises

Dear Mr. McClees:

In your correspondence dated May 12, 2005, you requested that I confirm whether or not there are any pending grievances before the National Siding and Decking Committee filed by MRS Enterprises against SMWIA or any of your affiliate locals. Roland Levesque has indicated to me, today, that he did in fact file a grievance against the SMWIA on November 22, 2004. I was not aware of this grievance, nor was I provided a copy of it.

If you have any questions or comments, please give me a call.

Very truly yours,

NATIONAL ASSOCIATION OF SIDING
AND DECKING CONTRACTORS

Anthony A. Asher

cc:    Roland Levesque, MRS Enterprises

W0407521/a29/52400

**Exhibit A**