UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>    Defendants. | C.A. NO.:  05 10694 JLT<br><br>**CERTIFICATE OF SERVICE<br>BY PRIORITY MAIL** |

    I hereby certify that I caused a copy of the foregoing document(s) described as:

1) DEFENDANT SHEET METAL WORKERS INT'L ASSN.'S MOTION TO DISMISS and attached PROPOSED ORDER;
2) DEFENDANT SHEET METAL WORKERS INTERNATIONAL ASSN.'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS;
3) AFFIDAVIT OF PATRICK J. RILEY IN SUPPORT OF MOTION;
4) AFFIDAVIT OF JOSEPH J. NIGRO IN SUPPORT OF MOTION;
5) AFFIDAVIT OF RICHARD L. McCLEES IN SUPPORT OF MOTION, and the

Notice of Filing from the Clerk (cm/ecf), by the method indicated below upon the following counsel not registered with the electronic system on June 10, 2005 and by cm/ecf on those registered.

| | |
|---|---|
| Paul F. Kelly, Esq.<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 | Attorney for Defendant Sheet<br>Metal Workers Local 17 |

[ x ] (BY PRIORITY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully

prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FAX) At _____ _m., I transmitted, pursuant to Rules 2001 et. seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 597-7201 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

[ ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the offices of the addressee.

[ ]  (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

    Executed on June 10, 2005, at San Francisco, California.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

*[signature]*
Reiko Ross