UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| M.R.S. ENTERPRISES, INC. | ) | |
|     Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| SHEET METAL WORKERS' | ) | C.A. No. 05 10694 JLT |
| INTERNATIONAL ASSOCIATION | ) | |
| LOCAL 17 - BOSTON and SHEET | ) | |
| METAL WORKERS' INTERNATIONAL | ) | |
| ASSOCIATION | ) | |
|     Defendants. | ) | |

**ASSENTED TO MOTION**
**OF SHEET METAL WORKERS LOCAL 17**

Now comes the Defendant Sheet Metal Workers Local 17 and moves this Honorable Court to extend the time within which Local 17 must respond to the Complaint until June 24, 2005. As grounds for this Motion Defendant Local 17 respectfully shows that the parties have assented to the allowance of the Motion and that no party would be prejudiced by the extension.

Respectfully submitted
SHEET METAL WORKERS LOCAL 17
By their attorney


/s/ Paul F. Kelly
PAUL F. KELLY, ESQ.
BBO #267000
SEGAL, ROITMAN & COLEMAN
11 BEACON STREET, SUITE 500
BOSTON, MA 02108
617-742-0208
617-742-2187 FAX

DATED: June 14, 2005

SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION, AFL-CIO


/s/ Michael T. Anderson
MICHAEL T. ANDERSON, ESQ.
BBO #645533
DAVIS, COWELL & BOWE, LLP
8 BEACON STREET, 4TH FLOOR
BOSTON, MA 02108
617-227-5720
617-227-5767 FAX


M.R.S. ENTERPRISES, INC.


/s/ James F. Grosso
JAMES F. GROSSO, ESQ.
BBO #213320
O'REILLY, GROSSO & GROSS, P.C.
1671 WORCESTER ROAD, SUITE 205
FRAMINGHAM, MA 01701
508-620-0055
508-620-7655 FAX


PFK/8601/05162/AssentedMotion.doc