UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| M.R.S. ENTERPRISES, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHEET METAL WORKERS' | ) | C.A. No. 05 10694 JLT |
| INTERNATIONAL ASSOCIATION | ) | |
| LOCAL 17 - BOSTON and SHEET | ) | |
| METAL WORKERS' INTERNATIONAL | ) | |
| ASSOCIATION | ) | |
| Defendants. | ) | |

**DEFENDANT SHEET METAL WORKERS LOCAL 17'S
MOTION TO DISMISS COMPLAINT**

Defendant Sheet Metal Workers' Local 17 hereby moves this Court under Fed.R.Civ.P. 12(b), 12(b)(1) and 43(e) for an order dismissing this action because of plaintiff M.R.S. Enterprises, Inc.'s failure to exhaust the contractual grievance-arbitration procedure. This Motion is supported by the Affidavit of Joseph Bergantino, the exhibits attached thereto, the accompanying Memorandum, and all other papers and pleadings in this action.

WHEREFORE, Defendant Sheet Metal Workers Local 17, respectfully moves for dismissal of the Complaint.

Respectfully submitted,

SHEET METAL WORKERS LOCAL 17,

By their attorney,

/s/ Paul F. Kelly
Paul F. Kelly, Esquire
BBO #267000
Shelley B. Kroll, Esquire

BBO #544449<br>
Segal, Roitman & Coleman<br>
11 Beacon Street<br>
Suite #500<br>
Boston, MA 02108<br>
(617) 742-0208

Dated: June 24, 2005

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I, Paul F. Kelly, hereby certify that on June 2, 2005, Michael T. Anderson (counsel for co-Defendant Sheet Metal Workers International Association) and I jointly called James F. Grosso, counsel for Plaintiff M.R.S. Enterprises, Inc. We notified attorney Grosso that we intended to file Motions to Dismiss and we conferred in good faith in an effort to resolve or narrow the issue pursuant to Local Rule 7.1(a)(2).

/s/ Paul F. Kelly<br>
Paul F. Kelly, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion to Dismiss Complaint has been served by first class mail upon the plaintiff's attorney, James F. Grosso at O'Reilly, Grosso & Gross, P.C. at 1671 Worcester Road, Framingham, MA 01701 and the attorney for co-defendant, Sheet Metal Workers International Association, Michael T. Anderson at Davis, Cowell & Bow, LLP, 8 Beacon Street, 4th floor, Boston, MA 02108 this 24th day of June, 2005.

/s/ Paul F. Kelly<br>
Paul F. Kelly, Esquire

SBK/ts&jas
PFK 8601 05-162/mottodis-complt.doc