UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| M.R.S. ENTERPRISES, INC. | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | C.A. NO.  05-CV-10694-JLT |
| | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION | ) | |
| LOCAL 17 - BOSTON, and | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION | ) | |
|     Defendants | ) | |

ASSENTED TO MOTION OF M.R.S. ENTERPRISES, INC.
FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS

     Now comes the Plaintiff, M.R.S. Enterprises, Inc. (M.R.S.) and moves this Honorable Court to extend the time within which M.R.S. must respond to the Defendants' Motions to Dismiss until July 22, 2005. As grounds M.R.S. respectfully shows that the parties have assented to the allowance of the Motion and that no party will be prejudiced by the extension.

                         M.R.S. ENTERPRISES, INC.
                         By its attorney,

DATED: July 8, 2005                */s/ James F. Grosso*
                         James F. Grosso – BBO 213320
                         O'Reilly, Grosso & Gross, P.C.
                         1671 Worcester Road, Suite 205
                         Framingham, MA 01701-5400
                         Tel: 508/620-0055
                         Fax: 508/620-7655

- 2 -

Assented to:

SHEET METAL WORKERS LOCAL 17
By their attorney,


_____/s/ *Paul F. Kelly*_____
Paul F. Kelly – BBO 267000
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Tel: 617/742-0208
Fax: 617/742-2187


SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION, AFL-CIO
By their attorney,


_____/s/ *Michael T. Anderson*_____
Michael T. Anderson – BBO 645533
Davis, Cowell & Bowe, LLP
8 Beacon Street, 4th Floor
Boston, MA  02108
Tel:  617/227-5720
Fax: 617/227-5767