UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| M.R.S. ENTERPRISES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-10694-JLT |
| v. | * | |
| | * | |
| SHEET METAL WORKERS' | * | |
| INTERNATIONAL ASSOCIATION | * | |
| LOCAL 17 - BOSTON and | * | |
| SHEET METALWORKERS' | * | |
| INTERNATIONAL ASSOCIATION, | * | |
| | * | |
| Defendants. | * | |

ORDER

August 8, 2005

TAURO, J.

This court hereby orders that:

1. Defendant Sheet Metal Workers International Assn.'s Motion to Dismiss [#2] is DENIED WITHOUT PREJUDICE to raising the issue at the close of discovery; and

2. Defendant Sheet Metal Workers Local 17's Motion to Dismiss Complaint [#9] is DENIED WITHOUT PREJUDICE to raising the issue at the close of discovery.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge