UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>    Defendants. | C.A. NO.:   05 10694 JLT |

**DEFENDANT
SHEET METAL WORKERS INTERNATIONAL ASSN.'S
MOTION TO STAY PENDING ARBITRATION AND, IN THE
ALTERNATIVE, MOTION TO STAY MERITS DISCOVERY
[ORAL ARGUMENT REQUESTED]**

Defendant Sheet Metal Workers' International Association, AFL-CIO, hereby moves this Court under the Labor-Management Relations Act, 29 U.S.C. §185(a), 9 U.S.C. §3, and Fed.R.Civ.P. 43(e) for an order staying this action pending ongoing grievance-arbitration proceedings.

Defendant Sheet Metal Workers' International Association, AFL-CIO, also moves, in the alternative, for an order staying discovery on the merits of the dispute until the Court has resolved the issue of arbitrability.

This Motion is based on the Declaration of Michael T. Anderson, on the Affidavits of Patrick J. Riley, Joseph J. Nigro, and Richard L. McClees

(previously filed as Dkt. 3-6) and all exhibits attached thereto, the accompanying Memorandum, and all other papers and pleadings in this action.

WHEREFORE, Defendant Sheet Metal Workers International Association, AFL-CIO, respectfully moves for a stay of proceedings pending arbitration and, in the alternative, a stay of discovery on the merits of the dispute pending a resolution of the arbitrability of this grievance.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant Sheet Metal Workers International Association, AFL-CIO respectfully requests the Court to permit oral argument on this motion. The International Union believes that a hearing allowing 15 minutes per side will be useful to the Court.

Dated: August 19, 2005                    DAVIS, COWELL & BOWE, LLP


                                          By:    /s/ Michael Anderson
                                                Michael T. Anderson, BBO #645533

                                          8 Beacon Street, 4th Floor
                                          Boston, MA 02108
                                          Tel: (617) 227-5720; Fax: (617) 227-5767

                                          Attorneys for Defendant Sheet Metal
                                          Workers International Ass'n, AFL-CIO

### CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I, Michael T. Anderson, hereby certify that on August 18, 2005, I faxed a letter to James F. Grosso, counsel for Plaintiff M.R.S. Enterprises, Inc., notifying him that I intended to file a Motion to Stay and, in the alternative, a Motion to Stay Merits Discovery. Mr. Grosso and I conferred in good faith in an effort to resolve or narrow the issue pursuant to Local Rule 7.1(a)(2) by telephone on August 19, 2005. Mr. Grosso told me that Plaintiff opposes the motion. Paul F. Kelly, counsel for co-defendant Sheet Metal Workers Local 17, supports the motion.

                                              /s/   Michael Anderson
                                          Michael T. Anderson, BBO # 645533

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>  Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>  Defendants. | C.A. NO.:  05 10694 JLT |

[Proposed] ORDER GRANTING DEFENDANT
SHEET METAL WORKERS INTERNATIONAL ASSN.'S
MOTION TO STAY PENDING ARBITRATION

  FOR GOOD CAUSE SHOWN, the Court, having reviewed Defendant Sheet Metal Workers' International Association AFL-CIO's Motion to Stay Pending Arbitration, hereby grants the Motion and STAYS this proceeding pending the completion of grievance-arbitration proceedings under Article X of the National Siding and Decking Agreement.

  IT IS SO ORDERED.

Dated: _____     _____
                       U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>    Defendants. | C.A. NO.:   05 10694 JLT |

[Proposed] ORDER GRANTING DEFENDANT
SHEET METAL WORKERS INTERNATIONAL ASSN.'S
MOTION TO STAY MERITS DISCOVERY

FOR GOOD CAUSE SHOWN, the Court, having reviewed Defendant Sheet Metal Workers' International Association AFL-CIO's alternative Motion to Stay Merits Discovery, hereby grants the Motion and STAYS all discovery not related to arbitrability pending the final resolution of the arbitrability of this dispute.

IT IS SO ORDERED.

Dated: _____      _____
                                                    U.S. DISTRICT JUDGE