UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>　　　Defendants. | C.A. NO.:　05 10694 JLT |

**DECLARATION OF MICHAEL T. ANDERSON
IN SUPPORT OF
DEFENDANT SHEET METAL WORKERS' INTERNATIONAL ASSN.'S
MOTION TO STAY PENDING ARBITRATION AND, IN THE
ALTERNATIVE, MOTION TO STAY MERITS DISCOVERY**

　　I, Michael T. Anderson, declare under penalty of perjury as follows:

　　1.　　I am attorney for the Sheet Metal Workers' International Association, AFL-CIO in this case. The facts described in this affidavit are personally known to me. If called as a witness, I could and would competently testify to the contents of this affidavit.

　　2.　　On August 17, 2005, Sheet Metal Workers International Association

1

Chief International Representative Richard L. McClees filed a Step 2 Appeal of M.R.S. Enterprises's November 22, 2004 grievance with the National Siding and Decking Grievance Panel.  A true and correct copy of Mr. McClees' August 17, 2005 Step 2 appeal letter is attached as Exhibit A hereto.

     3.     On August 18, 2005, I wrote Plaintiffs' counsel James F. Grosso a letter enclosing Mr. McClees' August 17 appeal.  I notified Mr. Grosso that the International Union would seek a stay of proceedings, and, in the alternative, a stay of merits discovery pending resolution of arbitrability.  A true and correct copy of my August 18, 2005 letter to Mr. Grosso is attached as Exhibit B hereto.

     4.     On August 18, 2005, the National Siding and Decking Grievance Panel sent a letter to the parties acknowledging the appeal and designating panelists.  A true and correct copy of this August 18, 2005 notice from the National Siding and Decking Grievance Panel is attached as Exhibit C hereto.

     5.     On August 19, 2005, I spoke to James F. Grosso, counsel for Plaintiff M.R.S. Enterprises, Inc., asking his position on the International Union's Motion to Stay and, in the alternative, a Motion to Stay Merits Discovery.  Mr. Grosso and I conferred in good faith in an effort to resolve or narrow the issue pursuant to

///

///

Local Rule 7.1(a)(2). Mr. Grosso told me that Plaintiff opposes the motion.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: August 19, 2005              /s/   Michael Anderson
                                                       Michael T. Anderson
                                                      BBO #645533

                                                      DAVIS, COWELL & BOWE
                                                      8 Beacon Street, 4th Floor
                                                      Boston, MA 02108
                                                      Tel:  (617) 227-5720
                                                      Fax: (617) 227-5767

                                                      Attorneys for Defendant Sheet Metal
                                                      Workers International Ass'n, AFL-CIO

# EXHIBIT A



# Sheet Metal Workers' International Association

Jurisdictional Department
1750 New York Avenue, N. W.
Washington, D. C. 20006
Telephone: (202) 662-0825
Fax: (202) 662-0892

*Richard L. McClees*
*Chief International Representative*

August 17, 2005

Siding and Decking Grievance Panel
25800 Northwestern Highway, Suite 1000
Southfield MI 48075

Re:  Step 2 Appeal of Grievance between M.R.S. Enterprises and Sheet Metal Workers International Association

To the Siding and Decking Grievance Panel:

On behalf of the Sheet Metal Workers International Association, I am filing a Step 2 appeal of a grievance filed November 22, 2004 by M.R.S. Enterprises concerning the Delta Terminal A project at Logan Airport. I am enclosing a copy of the Step 1 grievance.

The parties have conferred and exchanged correspondence about this matter, but we have been unable to reach a resolution. It is the Union's position that the Employer is not entitled to any relief.

Although the Employer has not to date moved the grievance to Step 2, Step 2 permits an appeal by either party. The Union is moving the grievance to Step 2 to achieve closure of this dispute.

Mr. Dean Ball, International Representative, will be assigned to the Grievance Panel for the Sheet Metal Workers' International.

We request that a confirmation letter be sent to this office with the name of the National Association of Siding and Decking Contractors appointee so that this information may be included in our assignment letter to Mr. Ball.

Sincerely,

*Richard L McClees*

Richard L. McClees
Chief International Representative

cc: Roland Levesque

# GARCIA & MILAS

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

44 TRUMBULL STREET
NEW HAVEN, CT
06510

JANE I. MILAS
(203) 773-3824

FACSIMILE
(203) 782-2312

E-MAIL
jmilas@garciamilas.com

cc: Patrick R.
    Joe W

RECEIVED
NOV 30 2004
OFFICE OF GENERAL PRESIDENT

November 22, 2004

VIA CERTIFIED MAIL, RETURN RECEIPT

Mr. Michael J. Sullivan
General President
Sheet Metal Workers International Association
1750 New York Avenue, N.W.
Washington, D.C 20006

  Re: M.R.S. Enterprises, Inc.
    Delta Terminal A at Logan Airport

Dear Mr. Sullivan:

  This office represents M.R.S. Enterprises, Inc. in connection with the above-referenced project. Pursuant to Article X, section 1 of the Agreement between M.R.S. Enterprises, Inc. ("MRS") and the Sheet Metal Workers International Association ("SMWA"), MRS raises the following grievance:

  Breach of the Agreement by the SMWA in connection with the Delta Terminal A project at Logan Airport, for failure to supply duly qualified Building Trades Journey persons, Specialty Sheet Metal Workers, and Specialty Trainees in sufficient numbers and ratios stipulated during the April 8, 2003 meeting in Washington, D.C. as may be necessary to property execute work contracted for by the Employer in the manner and under the conditions specified in the Agreement.

**Exhibit B**

M. Sullivan
November 22, 2004
Page two

      MRS requests that this grievance proceed to step one, as provided in Article X, section 1 of the Agreement.

                              Sincerely yours,

                              Jane I. Milas

JIM/mef
cc.    Roland Levesque

        Joseph Bergantino
        Business Manager
        Local 17, Sheet Metal Workers International Association
        1157 Adams Street
        Dorchester, MA  02124-5788 (via certified mail)



# EXHIBIT B

# DAVIS, COWELL & BOWE, LLP
## Counselors and Attorneys at Law

Reply to:

**San Francisco**

595 Market Street, Suite 1400
San Francisco, California 94105
415.597.7200
Fax 415.597.7201

Barry S. Jellison (CA)
J. Thomas Bowen (CA, NV)
Steven L. Stemerman (CA, NV)
Richard G. McCracken (CA, NV)
W. David Holsberry (CA, NV)
Elizabeth Ann Lawrence (CA, NV, AZ)
Andrew J. Kahn (CA, NV, AZ)
John J. Davis, Jr. (CA)
Florence E. Culp (CA, NV)
Michael T. Anderson (CA, NV, DC, MA)
Kristin L. Martin (CA, NV)
Eric B. Myers (CA, NV)
Michael C. Hughes (CA)
Paul L. More (CA)
Ramit Mizrahi (CA)

Robert P. Cowell (1931-1980)

of counsel:
Philip Paul Bowe (CA)
Mark Brooks (TN)

**Washington, DC**

1701 K Street, N.W., Suite 210
Washington, DC 20006
202.223.2620
Fax 202.223.8651

George R. Murphy (DC)
Mark Hanna (DC, VA, NJ)
Arlus J. Stephens (DC, MD, OH, PA)
Joni S. Jacobs (CA, NV, AZ)

X    **Boston, MA**

8 Beacon Street, 4th Floor
Boston, Massachusetts 02108
617.227.5720
Fax 617.227.5767

Michael T. Anderson (CA, NV, DC, MA)

**Clifton, NJ**

1389 Broad Street
Clifton, NJ 07013
973.916.0999
Fax 973.916.0906

Mark Hanna (DC, VA, NJ)

**McCracken, Stemerman, Bowen & Holsberry**

1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
702.386.5107
Fax 702.386.9848

August 18, 2005

FACSIMILE & OVERNIGHT
FAX (508) 620-7655

James F. Grosso
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham MA 01701

Re:  *M.R.S. Enterprises v. Sheet Metal Workers Int'l Ass'n et al.*,
     USDC Mass. Case No. 05 1069 JLT

Dear Mr. Grosso:

The Sheet Metal Workers International Association has decided to move M.R.S Enterprises' Nov. 22, 2004 grievance to Step 2 of the National Siding and Decking grievance procedure. I am enclosing the International Union's letter to the National Siding and Decking Grievance Panel.

It remains the International Union's position that M.R.S. Enterprises is not entitled to any relief. Although M.R.S. has not to date moved its grievance to Step 2, the National Siding and Decking Agreement permits either party to take an unresolved grievance to Step 2 at any time. The International Union is moving the grievance forward to achieve closure of this dispute.

The International Union will move Judge Tauro for a stay of court proceedings pending arbitration of this grievance. The International Union will also move Judge Tauro for an order staying merits discovery until the issue of arbitrability is decided. I expect to file these motions with our Answer. Please let me know your position on these motions.

Until these motions are decided, the International Union will object to any discovery or initial disclosures that do not bear on the arbitrability of this dispute. The International Union will not seek such discovery or initial disclosures from M.R.S. Enterprises, nor will it provide such discovery or initial disclosures, until the Court directs otherwise.

Please call me to discuss.

Very truly yours,

Michael T. Anderson

MTA:rr
Encl.
cc:  Paul Kelly (via facsimile only)
     Patrick Riley (via facsimile only)

50/C:\DCB\MTA\usm8.17.05 Grosso re stay.wpd
8/18/2005/08:08:28 USM 4925

# EXHIBIT C

# NASDC

NATIONAL ASSOCIATION OF SIDING AND DECKING CONTRACTORS

1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075
Telephone: (248) 746-2818
Facsimile: (248) 746-2760

August 18, 2005

**SENT VIA FACSIMILE: 860-793-2202**
Mr. Roland Levesque
MRS Enterprises
41 Northwest Drive
Plainville, CT 06062

Re: Step 2 Appeal of Grievance between M.R.S. Enterprises and
Sheet Metal Workers International Association

Dear Mr. Levesque:

Please find attached a Step 2 Appeal filed by Sheet Metal Workers International Association regarding the above-captioned Grievance. The Appeal is submitted pursuant to Article X, Section 2, of the National Siding and Decking Agreement.

Mr. Dean Ball, International Representative, has been appointed the Union panelist by the General President of the Sheet Metal Workers International Association. Mr. Richard Pellar has been appointed as the Employer panelist by the National Siding and Decking Association Contractors. The panelists have agreed to an extension of the 14-calendar day requirement to hearing of the instant Appeal. The panelists will notify our office, shortly, of the date and time of the hearing and we will notify your Company.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Anthony A. Asher

AAA/mjm
Attachment
cc: Richard McClees (via facsimile: 202-662-0892)
Richard Pellar (via facsimile: 219-944-9922)
W0422973