UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON and SHEET<br>METAL WORKERS' INTERNATIONAL<br>ASSOCIATION<br>    Defendants. | C.A. No. 05 10694 JLT |

**JOINDER OF SHEET METAL WORKERS LOCAL 17 IN MOTION TO STAY**

Defendant Local Union No. 17 of Sheet Metal Workers' International Association (herein the "Local") herewith joins the motion to stay filed by the Sheet Metal Workers' International Association, AFL-CIO (herein the "International"). Plaintiff's Complaint states claims arising out of a collective bargaining agreement containing agreed-upon dispute resolution procedures culminating in final and binding arbitration. Plaintiff, having invoked these procedures, should await the outcome of those procedures before invoking judicial process.

For the reasons asserted by the International the action should be stayed pending arbitration, or alternatively, merits discovery should be stayed pending resolution of the question of arbitrability.

**WHEREFORE**, Defendant Sheet Metal Workers Local 17 requests that the Court stay proceedings and/or discovery pending arbitration.

Respectfully submitted
**SHEET METAL WORKERS LOCAL 17**
By their attorney


/s/ Paul F. Kelly
PAUL F. KELLY, ESQ.
BBO #267000
SEGAL, ROITMAN & COLEMAN
11 BEACON STREET, SUITE 500
BOSTON, MA 02108
617-742-0208
617-742-2187 FAX

Dated:  August 22, 2005.