UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )  <br>    Plaintiff )  <br> ) <br>V. ) <br> ) <br>SHEET METAL WORKERS' ) <br>INTERNATIONAL ASSOCIATION ) <br>LOCAL 17 - BOSTON, and ) <br>SHEET METAL WORKERS' ) <br>INTERNATIONAL ASSOCIATION ) <br>    Defendants ) | C.A. NO. 05-CV-10694-JLT |

MOTION OF THE PLAINTIFF, M.R.S. ENTERPRISES, INC.
FOR ORDER DIRECTING THE PARTIES TO
<u>SELECT A NEUTRAL ARBITRATOR AND REQUEST FOR ORAL ARGUMENT</u>

    The Plaintiff, M.R.S. Enterprises, Inc. (M.R.S.) hereby moves this Court pursuant to the Labor-Management Relations Act, 29 U.S.C. §185(a), and the Federal Labor Arbitration Act, 9 U.S.C. §3 to issue an order directing the parties to select a neutral arbitrator to hear the grievance of M.R.S. pursuant to a previous order of this Court allowing the Defendant, Sheet Metal Workers' International Association's Motion to stay this litigation and directing the parties to arbitrate.

    M.R.S. is compelled to file this Motion because the effect of the Court's Order staying this litigation and ordering M.R.S. to proceed to the completion of grievance arbitration proceedings under Article X of the National Siding and Decking Agreement, will force M.R.S. to

- 1 -

participate in a biased arbitration proceeding. As stated in its opposition to the Defendant's Motion to Dismiss, which was denied by this Court on August 8, 2005, this dispute between the Plaintiff and the Defendant involves a suit for money damages. The party against whom M.R.S. is seeking those damages will appoint half of the arbitration panel that will hear the M.R.S. grievance. There is absolutely no possibility of M.R.S. obtaining a fair hearing where the entity it is suing, Sheet Metal Workers' International Association (SMWIA) will be appointing the judges who will hear the case.

In support of this Motion, M.R.S. has attached hereto a Memorandum of Law. Wherefore, the Plaintiff M.R.S. respectfully moves that this Court direct the parties to participate in an arbitration hearing before a neutral arbitrator and not before arbitrators selected pursuant to Article X of the collective bargaining agreement.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff, M.R.S. Enterprises, Inc., respectfully requests that this Court permit oral argument on this Motion. The Plaintiff believes that a hearing allowing no more than 15 minutes per side will be useful to the Court.

M.R.S. ENTERPRISES, INC.
By its attorney,

DATED: January 20, 2006

*James F. Grosso*
James F. Grosso – BBO 213320
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel: 508/620-0055
Fax: 508/620-7677

- 3 -

## CERTIFICATE OF SERVICE

    I, James F. Grosso, hereby certify that on January 20, 2006 a copy of Plaintiff's Motion for Order Directing the Parties to Select a Neutral Arbitrator and Request for Oral Argument with attached Memorandum of Law in Support of its Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    /s/ *James F. Grosso*
                                                  James F. Grosso