UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff )<br>)<br>V. )<br>)<br>SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION )<br>LOCAL 17 - BOSTON, and )<br>SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION )<br>    Defendants ) | C.A. NO.  05-CV-10694-JLT |

PLAINTIFF, M.R.S. ENTERPRISES, INC.'S
MOTION TO REMOVE THE STAY AND
<u>VACATE THE ARBITRATION AWARD</u>

Now comes the Plaintiff M.R.S. Enterprises, Inc. (M.R.S.) and respectfully moves this Court to Remove the Stay it issued on January 18, 2006 and to Vacate the Award of the National Siding and Decking Grievance Panel issued on January 16, 2007. As grounds for this Motion, M.R.S. states that:

1. The Motion to Stay was issued so that the parties could arbitrate the dispute pursuant to the procedure set forth in the collective bargaining agreement between the parties.

2. The parties arbitrated the dispute on August 16 and 17, 2006 and the arbitration panel issued its award on January 16, 2007.

3. The Stay should now be removed so that M.R.S. can seek judicial review of that award and request that it be vacated.

4. M.R.S. attaches its Memorandum of Law in Support of this Motion to Remove the Stay and Vacate the Award.

Wherefore, M.R.S. respectfully requests that this Court Remove the Stay and Grant its Motion to Vacate the arbitration Award.

                                                    M.R.S. ENTERPRISES, INC.
                                                   By its attorney,

DATED:  February 15, 2007                       /s/ *James F. Grosso*
                                                              James F. Grosso – BBO 213320
                                                              O'Reilly, Grosso & Gross, P.C.
                                                              1671 Worcester Road, Suite 205
                                                              Framingham, MA 01701-5400
                                                              Tel:  508/620-0055
                                                              Fax:  508/620-7655