UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br><br>          Defendants. | C.A. NO.:   05 10694 JLT |

**JOINT STATUS REPORT**

Pursuant to this Court's February 5, 2007 Order, the parties file the following status report.

On January 15, 2006, the Court granted Defendants' Motion to Stay Pending Arbitration. The parties participated in an arbitration hearing on August 16-17, 2006. On January 16, 2007, the National Siding and Decking Grievance Panel issued an arbitration award denying Plaintiff M.R.S. Enterprises' grievance in full.

M.R.S. Enterprises filed a motion on February 15, 2007 to lift the stay and to vacate the arbitration award. (Dkt. 27). Defendants will file a Cross-Motion to

1

Confirm the Arbitration Award, together with their Opposition to the Motion to Vacate, within 14 days of Plaintiff's Motion or by March 1, 2007.

Dated: February 16, 2007  Respectfully submitted,

O'REILLY, GROSSO & GROSS, P.C.


By:   /s/  *James F. Grosso*
James F. Grosso – BBO #213320
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel: (508) 620-0055; Fax: (508) 620-7655

Attorneys for Plaintiff M.R.S. Enterprises, Inc.


DAVIS, COWELL & BOWE, LLP


By:   /s/  *Michael Anderson*
Michael T. Anderson, BBO #645533
8 Beacon Street, 4th Floor
Boston, MA 02108
Tel:  (617) 227-5720; Fax:  (617) 227-5767

Attorneys for Defendant Sheet Metal Workers Int'l Assn., AFL-CIO


SEGAL, ROITMAN & COLEMAN

By:   /s/  *Paul F. Kelly*
Paul F. Kelly BBO # 267000
11 Beacon St., Suite 500
Boston, MA 02108
(617) 742-0208; (617) 742-2187 (fax)

Attorneys for Defendant Sheet Metal Workers, Local 17