**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION )<br>LOCAL 17 - BOSTON and SHEET )<br>METAL WORKERS' INTERNATIONAL )<br>ASSOCIATION )<br>    Defendants. )<br> ) | C.A. No. 05 10694 JLT |

## LOCAL 17'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD
## MOTION TO CONFIRM AWARD

Sheet Metal Workers, Local 17 ("Local 17"), opposes the motion of M.R.S. Enterprises, Inc. (the "Employer") to vacate the January 16, 2007 award of the arbitration panel. Local 17 does not oppose so much of the Employer's motion as requests the Court to remove the stay. Local 17 further moves the Court to confirm the award, dismiss the Complaint and award Local 17 the fees and costs incurred in opposing the motion to vacate.

Local 17 relies on the arguments offered by Defendant Sheet Metal Workers International Association, AFL-CIO ("SMWIA") in its papers filed on February 27, 2007.

Local 17 also opposes the Employer's motion to vacate on the ground that there is no factual support in the record for a waiver argument against Local 17. The Employer's waiver argument begins as follows: "At the Step 1 meeting in Washington D.C. neither the SMWIA nor Local 17 raised the issue of the timeliness of the M.R.S. grievance." M.R.S. Memorandum in

Support of Motion to Vacate at 6.  In addition to the reasons advanced by the SMWIA, the record is clear that Local 17 did not attend the Step One meeting in Washington, D.C.  Mr. Levesque, M.R.S. President testified that the Step 1 meeting was attended by representatives of the SMWIA and representatives of M.R.S., <u>Transcript</u> I at 94 ("T. I at 94").  No representative of Local 17 attended.  T. I at 160.  Indeed, the November 22, 2004 grievance, upon which the Employer's entire case is based, does not even mention Local 17.  The Employer conceded as much, T. I at 10, but argued for a broad interpretation of the underlying grievance.[1]  Under these circumstances Local 17 cannot be said to have waived timeliness.

For the reasons advanced by SMWIA and the reasons set forth herein, Local 17 respectfully requests that the motion to vacate be denied, the Award of the panel be confirmed and that Local 17 be awarded its costs and fees.

        Respectfully submitted,

        SHEET METAL WORKERS LOCAL 17,

        By their attorney,

        /s/ Paul F. Kelly____
        Paul F. Kelly, Esquire
        BBO #267000
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA 02108
        (617) 742-0208

Dated: February 28, 2007

---

[1] The issue of Local 17's exposure under the November 22, 2004 grievance was discussed at the out set of the arbitration.  See T.I at 6-14.