UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| M.R.S. ENTERPRISES, INC. | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | C.A. NO. 05-CV-10694-JLT |
| | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION | ) | |
| LOCAL 17 - BOSTON, and | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION | ) | |
|     Defendants | ) | |

JOINT STATUS REPORT

At the hearing held on April 5, 2007, the parties advised the Court that they would attempt to settle the matter and report back to the Court on their progress by May 5, 2007. The parties wish to advise the Court that they are negotiating, have exchanged proposals and counter-proposals and believe that settlement is possible but more time is needed. The parties request, therefore, that they report back to the Court by June 5, 2007 on the status of the settlement.

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. | SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 – BOSTON |
| By its attorney, | By its attorney, |
| | |
|    /s/ *James F. Grosso* |    /s/ *Paul F. Kelly* |
| James F. Grosso – BBO 213320 | Paul F. Kelly – BBO 267000 |
| O'Reilly, Grosso & Gross, P.C. | Shelly B. Krowl – BBO 544449 |
| 1671 Worcester Road, Suite 205 | Segal, Roitman & Coleman |
| Framingham, MA 01701-5400 | 11 Beacon Street |
| Tel: 508/620-0055 | Boston, MA 02108 |
| Fax: 508/620-7655 | Tel: 617/742-0208 |
| | Fax: 617/742-2187 |

- 2 -

                                          SHEET METAL WORKERS'
                                          INTERNATIONAL ASSOCIATION
                                          By its attorney,


                                          _____/s/ *Michael T. Anderson*_____
                                          Michael T. Anderson – BBO 645533
                                          Davis, Cowell & Bowe, LLP
                                          8 Beacon Street, 4th Floor
                                          Boston, MA   02108
                                          Tel:  617/227-5720
                                          Fax:  617/227-5767


Dated:  May 4, 2007