UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUN -8  A 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br>  Plaintiff<br><br>V.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 - BOSTON, and<br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>  Defendants | C.A. NO. 05-CV-10694-JLT |

## JOINT STATUS REPORT

At the hearing held on April 5, 2007, the parties advised the Court that they would attempt to settle the matter and report back to the Court on their progress by May 5, 2007. On May 4, 2007, the parties reported that they were still negotiating and requested that the Court grant them an additional 30 days to reach settlement. The parties wish to advise the Court that they are still engaged in serious negotiations but more time is needed. The parties request, therefore, that they report back to the Court by July 5, 2007 on the status of the settlement.

| M.R.S. ENTERPRISES, INC. | SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 – BOSTON |
|---|---|
| By its attorney, | By its attorney, |
| /s/ *James F. Grosso* | /s/ *Paul F. Kelly* |
| James F. Grosso – BBO 213320 | Paul F. Kelly – BBO 267000 |
| O'Reilly, Grosso & Gross, P.C. | Shelly B. Kroll – BBO 544449 |
| 1671 Worcester Road, Suite 205 | Segal, Roitman & Coleman |
| Framingham, MA 01701-5400 | 11 Beacon Street |
| Tel: 508/620-0055 | Boston, MA 02108 |
| Fax: 508/620-7655 | Tel: 617/742-0208 |
| | Fax: 617/742-2187 |

- 2 -

                      SHEET METAL WORKERS'
                      INTERNATIONAL ASSOCIATION
                      By its attorney,

                      _____/s/ *Michael T. Anderson*_____
                      Michael T. Anderson – BBO 645533
                      Davis, Cowell & Bowe, LLP
                      8 Beacon Street, 4th Floor
                      Boston, MA  02108
                      Tel:  617/227-5720
                      Fax:  617/227-5767

Dated:  June 7, 2007