UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC., | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. 05-10694-JLT |
| v. | * |
| | * |
| SHEET METAL WORKERS' | * |
| INTERNATIONAL ASSOCIATION | * |
| LOCAL 17 - BOSTON and | * |
| SHEET METALWORKERS' | * |
| INTERNATIONAL ASSOCIATION, | * |
| | * |
| Defendants. | * |

ORDER

August 8, 2007

TAURO, J.

Considering Parties' Joint Status Report of June 8, 2007, where the Parties indicate they will report the status of their settlement negotiations by July 5, 2007, and considering the court has not received such a report, the court hereby orders that Parties shall file this report by August 13, 2007.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge