UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| M.R.S. ENTERPRISES, INC. | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | C.A. NO. 05-CV-10694-JLT |
| | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION | ) | |
| LOCAL 17 - BOSTON, and | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION | ) | |
|     Defendants | ) | |

JOINT STATUS REPORT

The parties continue to discuss settlement. The matter is complicated by the involvement of union locals and union benefit funds other than Local 17, as well as the pendency of litigation in other courts involving different parties and different counsel than those in this case. The parties will report back to the court by September 10, 2007.

| M.R.S. ENTERPRISES, INC. | SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL 17 – BOSTON |
|---|---|
| By its attorney, | By its attorney, |
| /s/ *James F. Grosso* | /s/ *Paul F. Kelly* |
| James F. Grosso – BBO 213320 | Paul F. Kelly – BBO 267000 |
| O'Reilly, Grosso & Gross, P.C. | Shelly B. Kroll – BBO 544449 |
| 1671 Worcester Road, Suite 205 | Segal, Roitman & Coleman |
| Framingham, MA 01701-5400 | 11 Beacon Street |
| Tel: 508/620-0055 | Boston, MA 02108 |
| Fax: 508/620-7655 | Tel: 617/742-0208 |
| | Fax: 617/742-2187 |

- 2 -

                                SHEET METAL WORKERS'
                                INTERNATIONAL ASSOCIATION
                                By its attorney,


                                    /s/ *Michael T. Anderson*
                                Michael T. Anderson – BBO 645533
                                Davis, Cowell & Bowe, LLP
                                8 Beacon Street, 4th Floor
                                Boston, MA   02108
                                Tel:  617/227-5720
                                Fax:  617/227-5767


Dated:  August 9, 2007