UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff )<br> )<br>V. )<br> )<br>SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION )<br>LOCAL 17 - BOSTON, and )<br>SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION )<br>    Defendants ) | C.A. NO.  05-CV-10694-JLT |

## JOINT STATUS REPORT

The matter has been resolved and the parties expect to file a stipulation of dismissal by September 28, 2007.

| M.R.S. ENTERPRISES, INC. | SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 17 – BOSTON |
|---|---|
| By its attorney, | By its attorney, |
|     /s/ *James F. Grosso* |     /s/ *Paul F. Kelly* |
| James F. Grosso – BBO 213320 | Paul F. Kelly – BBO 267000 |
| O'Reilly, Grosso & Gross, P.C. | Shelly B. Kroll – BBO 544449 |
| 1671 Worcester Road, Suite 205 | Segal, Roitman & Coleman |
| Framingham, MA 01701-5400 | 11 Beacon Street |
| Tel:  508/620-0055 | Boston, MA  02108 |
| Fax:  508/620-7655 | Tel:  617/742-0208 |
| | Fax: 617/742-2187 |
| | |
| Dated:  September 7, 2007 | SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>By its attorney, |
| | |
| |     /s/ *Michael T. Anderson* |
| | Michael T. Anderson – BBO 645533 |
| | Davis, Cowell & Bowe, LLP |
| | 8 Beacon Street, 4th Floor |
| | Boston, MA  02108 |
| | Tel:  617/227-5720 |
| | Fax:  617/227-5767 |