UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

M.R.S. ENTERPRISES, INC.   )
  Plaintiff      )
            )
V.            )   C.A. NO.  05-CV-10694-JLT
            )
SHEET METAL WORKERS'   )
INTERNATIONAL ASSOCIATION )
LOCAL 17 - BOSTON, and   )
SHEET METAL WORKERS'   )
INTERNATIONAL ASSOCIATION )
  Defendants     )

STIPULATION OF DISMISSAL
UNDER RULE 41(a)(1)(ii)

The parties stipulate that the action be dismissed with prejudice and without costs,

interest or attorney's fees.

M.R.S. ENTERPRISES, INC.     SHEET METAL WORKERS'
                 INTERNATIONAL ASSOCIATION
                 LOCAL 17 – BOSTON
By its attorney,         By its attorney,


  /s/ *James F. Grosso*       /s/ *Paul F. Kelly*
James F. Grosso – BBO 213320    Paul F. Kelly – BBO 267000
O'Reilly, Grosso & Gross, P.C.    Shelly B. Kroll – BBO 544449
1671 Worcester Road, Suite 205    Segal, Roitman & Coleman
Framingham, MA 01701-5400     11 Beacon Street
Tel:  508/620-0055        Boston, MA  02108
Fax:  508/620-7655        Tel:  617/742-0208
                 Fax: 617/742-2187

                 SHEET METAL WORKERS'
                 INTERNATIONAL ASSOCIATION
Dated:  September 28, 2007     By its attorney,


              /s/ *Michael T. Anderson*
              Michael T. Anderson – BBO 645533
              Davis, Cowell & Bowe, LLP
              8 Beacon Street, 4th Floor
              Boston, MA  02108
              Tel:  617/227-5720
              Fax:  617/227-5767